# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CAROLINE BONNEN, et al.,

      Plaintiffs,

      v.

POCONO WHITEWATER, LTD.,

      Defendant.

CIVIL ACTION NO. 3:20-cv-01532

(SAPORITO, M.J.)

## ORDER

**AND NOW**, this 17th day of September, 2021, in accordance with the accompanying Memorandum, the motion to dismiss filed by the defendant (Doc. 15) is hereby **DENIED**. The defendant shall file an answer to the amended complaint within fourteen (14) days after the date of this Order.

JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: September 17, 2021